United States District Court
Western District of Texas
El Paso
**Deficiency Notice**

| | |
|---|---|
| To: | Panvini, Joseph M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, May 31, 2013 |
| Re: | 03:13-CV-00130-DCG / Doc # 7 / Filed On: 05/31/2013 12:19 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: A Motion for Leave to File an Amended Complaint must be submitted and the Amended Complaint must be filed as an attachment for the Court's Review